

# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 07/22/2024

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT:** If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
The Hilb Group of Maryland
3601 MacCorkle Ave, Ste 50
Charleston, WV 25304

**CONTACT NAME:** Tammy Bergeron
**PHONE (A/C, No, Ext):**
**FAX (A/C, No):**
**E-MAIL ADDRESS:** tbergeron@hilbgroup.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: American Financial Group Inc | |
| INSURER B: Great American Assurance Company | 26344 |
| INSURER C: Allied Eastern Indemnity Co | 11242 |
| INSURER D: | |
| INSURER E: | |
| INSURER F: | |

**INSURED**
Pier Pressure, LLC
P.O. Box 824
Easton, MD 21601

**COVERAGES**  **CERTIFICATE NUMBER:** CL245799198  **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | COMMERCIAL GENERAL LIABILITY [X] OCCUR [X] Marine Operators Legal Liability GEN'L AGGREGATE LIMIT APPLIES PER: [X] POLICY | | | OMH3727694 06 | 05/01/2024 | 05/01/2025 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $100,000 |
| | | | | | | | MED EXP (Any one person) | $5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| B | AUTOMOBILE LIABILITY [X] SCHEDULED AUTOS [X] HIRED AUTOS ONLY [X] NON-OWNED AUTOS ONLY | | | CAP 2555047 06 | 05/01/2024 | 05/01/2025 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| A | [X] UMBRELLA LIAB [X] OCCUR EXCESS LIAB DED [X] RETENTION $10,000 | | | OMX3727695 06 | 05/01/2024 | 05/01/2025 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | | AGGREGATE | $1,000,000 |
| C | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? Y (Mandatory in NH) | | N/A | 03-0000127973-04-DON'TUSE | 06/21/2023 | 06/21/2024 | [X] PER STATUTE | |
| | | | | | | | E.L. EACH ACCIDENT | $500,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $500,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $500,000 |
| A | Marina Operators Liability | | | OMH3727694 06 | 05/01/2024 | 05/01/2025 | Each Occurrence | $1,000,000 |
| | | | | | | | Deductible | $1,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

The General Liability includes an automatic Blanket Additional Insured in regards to work performed/services provided by the named insured, as required by written signed contract, subject to the terms & conditions of the policy.

**CERTIFICATE HOLDER**
Lochner Law Firm, P.C.
7076 Bembe Beach Rd.
Suite 201, Mailbox 6
Annapolis, MD 21403

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**
*E. Putt Engle*

© 1988-2015 ACORD CORPORATION.  All rights reserved.

ACORD 25 (2016/03)           The ACORD name and logo are registered marks of ACORD