# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
*In Admiralty*

| | | |
|---|---|---|
| Todd Fielding Britton-Harr | * | |
| *Plaintiff* | * | |
| v. | * | Civil No. 24-2162 |
| M/V "Casino Royale", *her engines, tackle, appurtenances, etc. in rem;* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*    \*    \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR THE ISSUANCE OF PROCESS IN REM (WARRANT)
FOR THE ARREST OF THE MOTOR YACHT "CASINO ROYALE"**

Plaintiff Todd Fielding Britton-Harr by and through his attorneys Todd D. Lochner, and Lochner Law Firm, P.C, respectfully prays that this Honorable Court to order the issuance of a warrant for the arrest of the following Yacht pursuant to Admiralty Rule C (3)(a):

Motor Yacht "Casino Royale"
One 2004 Sunseeker 92'
Malta Official No. 16536

Photograph of Yacht:



In support thereof, Plaintiff states as follows:

1. This is a case of admiralty and maritime jurisdiction, and is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. The Verified Complaint states with particularity a maritime lien against the Yacht.

3. The Yacht is described with reasonably particularity; to wit: the Defendant Yacht's name, make, year, length, picture, and unique Malta Official Number listed above.

4. The Verified Complaint states the location within the District that said Defendant Yacht is currently located, namely, dockside in the Inner Harbor Marina, in Baltimore, Maryland.

5. The Verified Complaint against the Defendant Yacht *in rem*, prays that the Yacht, its engines, tackle, equipment, furniture and other necessaries thereunto appertaining and belonging should be arrested forthwith by the United States Marshal.

6. It is anticipated that this Court will issue an order appointing Pier Pressure, LLC as Substitute Custodian of the Defendant Yacht, and will therefore assume the responsibility for the transport and safekeeping of the Yacht upon its arrest.

WHEREFORE, Plaintiff prays this Honorable Court to grant and enter the Plaintiffs' proposed Order for issuance of process *in rem* (warrant) for arrest of:

Motor Yacht "Casino Royale"
One 2004 Sunseeker 92'
Malta Official No. 16536

Respectfully Submitted July 26, 2024

_/s/_____
Todd D. Lochner (Bar No. 25691)

tlochner@boatinglaw.com
_/s/_____
Gregory R. Singer (Bar No. 19314)
gsinger@boatinglaw.com
Lochner Law Firm, P.C.
7076 Bembe Beach Road
Suite 201, Mailbox 6
Annapolis, MD 21043
(443) 716-4400
*Attorneys for the Plaintiff*