# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
*In Admiralty*

| | |
|---|---|
| Todd Fielding Britton-Harr | * |
| *Plaintiff* | * |
| v. | *   Civil No. 24-2162 |
| M/V "Casino Royale", *her engines, tackle, appurtenances, etc. in rem;* | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER FOR ISSUANCE OF PROCESS IN REM (WARRANT) FOR THE ARREST OF THE MOTOR YACHT "CASINO ROYALE"

Upon reading and review of the Verified Complaint for issuance of process for the arrest of the following Yacht:

Motor Yacht "Casino Royale"
One 2004 Sunseeker 92'
Malta Official No. 16536

Photograph of Yacht:



Filed in the above case by the Plaintiff Todd Fielding Britton-Harr, and good cause having been shown thereby, it is, this ___ day of July, 2024, by the United States District Court for the District of Maryland,

ORDERED,

that the Clerk issue a Warrant for the arrest of the:

Motor Yacht "Casino Royale"<br>
One 2004 Sunseeker 92'<br>
Malta Official No. 16536

Photograph of Yacht:



together with her engines, tackles, equipment, furniture and all other necessaries thereunto appertaining and belonging, directing the U. S. Marshal to arrest the Yacht with notice to all persons claiming any interest therein to appear and file their Claims and Answer the Verified Complaint; and

FURTHER ORDERED, that if the Yacht is not released within 14 days after execution, Plaintiff shall promptly publish notice of the action in The Daily Record or other newspaper having general circulation in the district, pursuant to Admiralty Rule C(4) and Local Admiralty Rule C(3)(a)(i); and

FURTHER ORDERED, that prior to seeking default judgment Plaintiff shall give or attempt notice of this action to every person known to have an ownership interest in the Yacht pursuant to Local Admiralty Rule (c)(3); and

FURTHER ORDERED, that all persons asserting a right of possession or ownership interest in the Yacht shall file a verified statement of right or interest within 14 days of the execution of process pursuant to Admiralty Rule C(6)(a)(i)(A), and shall file an answer with 21 days of filing

such verified statement of right or interest, or else be defaulted against their right of possession or interest in the Yacht.

**SO ORDERED this \_\_\_ day of _____, 2024**

_____
United States District Judge