# LOCHNER LAW FIRM, P.C.

| | | |
|---|---|---|
| TODD D. LOCHNER | 7076 BEMBE BEACH ROAD | TLOCHNER@BOATINGLAW.COM |
| CHASE A. ESHELMAN † | SUITE 201, MAILBOX 6 | CESHELMAN@BOATINGLAW.COM |
| EUGENE E. SAMARIN | ANNAPOLIS, MARYLAND 21403 | ESAMARIN@BOATINGLAW.COM |
| GREGORY R. SINGER | | GSINGER@BOATINGLAW.COM |
| JUSTIN S. FIORILLI (OF COUNSEL)* | PHONE (443) 716-4400 | FACSIMILE (443) 716-4405 | JFIORILLI@BOATINGLAW.COM |
| CHRISTOPHER J. MCNALLY (OF COUNSEL)** | WWW.BOATINGLAW.COM | CMCNALLY@BOATINGLAW.COM |

July 26, 2024

**VIA E-MAIL ONLY**

Barbra Corkhill
United States Marshal
6115 U.S. Court House
101 W. Lombard Street
Baltimore, Maryland 21201
Barbra.corkhill@usdoj.gov

      Re:        Vessel Arrest – *Todd Britton-Harr v. M/V "CASINO ROYALE"*
      Case No.:   1:24-cv-02162

Dear Ms. Corkhill:

      Enclosed you will find the U.S. Marshal Form USM-285.

      Please arrest and serve process on the following vessel as soon as is practicable:

Motor Yacht "Casino Royale"<br>
One 2004 Sunseeker 92'<br>
Malta Official No. 16536

Photograph of Yacht:



      The Yacht is currently at the premises of Inner Harbor Marina, located at 400 Key Highway, Baltimore, Maryland 21230.

      Pier Pressure, LLC has been appointed substitute custodian, and it will store the Yacht on its premises at Georgetown Yacht Haven in Georgetown, Maryland. Pier Pressure, LLC has agreed to transport the Yacht from its current location in the Baltimore Inner Harbor, and to haul the Yacht out of the water for storage. If possible, we would appreciate the Marshal to bring a vessel arrest sticker to affix to the vessel. The contact point for Pier Pressure, LLC is Tristan Price, his cell phone is (443) 298-0454, and his email is tprice@pier-pressure.com.

† Also barred in Virginia
* Barred in Florida
**Barred in Rhode Island and Massachusetts

     Please direct all future correspondence to this office. If you have any questions, please contact my office at (443) 716-4400 or my cell 410-562-0629.

                                           Very Truly Yours,

                                                 /S/

                                           Todd D. Lochner, Esq.

Enclosures:
- USM-285