**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
*In Admiralty*

| | |
|---|---|
| Todd Fielding Britton-Harr | * |
| | * |
| *Plaintiff* | * |
| | * |
| v. | *   Civil No. 24-2162 |
| | * |
| M/V "Casino Royale", *her engines, tackle,* | * |
| *appurtenances, etc. in rem;* | * |
| | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER APPOINTING SUBSTITUTE CUSTODIAN**

Upon consideration of the Motion of Plaintiff Pier Pressure, LLC, for an Order appointing Substitute Custodian, and good cause having been shown thereby, it is, this 26th day of July, 2024, by the United States District Court for the District of Maryland,

ORDERED, that the United States Marshal for the District of Maryland be, and he hereby is, authorized and directed upon his arrest and seizure of the following vessel, together with her engines, tackle, equipment, furniture and all other necessaries thereunto appertaining and belonging, pursuant to the Warrant for Arrest issuing in this case, to surrender the possession thereof to the Substitute Custodian named herein and upon surrender of the vessel to the Substitute Custodian to transfer to it the responsibilities for the safekeeping of said vessel:

Motor Yacht "Casino Royale"
One 2004 Sunseeker 92'
Malta Official No. 16536

Photograph of Yacht:

and it is FURTHER ORDERED, that Pier Pressure, LLC be appointed the Substitute Custodian of the above vessel as described in Plaintiff's Motion for Order Appointing Substitute Custodian, to retain the same in its custody or possession with leave to move said vessel without further Order of this Court, but with the approval of counsel for the Plaintiff herein; and it is

FURTHER ORDERED, that as Substitute Custodian, Pier Pressure, LLC is specifically empowered to utilize the services of Baltimore Marine Recovery, LLC, to transport the Yacht while in custody from its current berth in the Inner Harbor Marina, to Pier Pressure, LLC's marina at Georgetown Yacht Haven.

FURTHER ORDERED, that as Substitute Custodian, Pier Pressure, LLC is hereby authorized to perform the services set forth and described in the plaintiffs' Motion for Order Appointing Substitute Custodian, and that the Substitute Custodian's charges and fees described in said Motion shall be deemed *in custodia legis* expenses and shall be considered part of the costs herein

**SO ORDERED** this 26th day of July, 2024

United States District Judge
Stephanie A. Gallagher