# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
*In Admiralty*

| | | |
|---|---|---|
| Todd Fielding Britton-Harr | * | |
| | * | |
| *Plaintiff* | * | |
| | * | |
| v. | * | Civil No.   24-2162 |
| | * | |
| M/V "Casino Royale", *her engines, tackle, appurtenances, etc. in rem;* | * | |
| | * | |
| | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

WHEREAS a complaint has been filed in the United States District Court for the District of Maryland, on July 26, 2024 by Todd Fielding Britton-Harr against The Motor Yacht "Casino Royale", her engines, tackle, equipment, furniture and all other necessaries thereunto appertaining and belonging, <u>in</u> <u>rem</u> Defendant, upon an admiralty and maritime claim for maritime liens arising from the providing of necessaries to the Yacht, for the reasons and causes in said complaint mentioned and praying for process of warrant for the arrest of said Yacht and other property and that all persons interested in the said Yacht and other property may be cited in general and special to answer the premises; and all proceedings being had, that the said Yacht and other property may for the causes in the same complaint mentioned be condemned and sold to pay the demands of the plaintiffs; and

WHEREAS, this Court, after due consideration, has signed an Order for issuance of a warrant of arrest of the Motor Yacht "Casino Royale";

**YOU ARE THEREFORE HEREBY COMMANDED** to attach the following Yacht and other property and to detain the same in your custody until the further order of the Court respecting the same, and to give due notice to all persons claiming the same, or knowing or having anything to say why the same should not be condemned and sold pursuant to the prayer of said complaint, that they must file their claims with the Clerk of this Court within 14 days after the execution of this process pursuant to Fed. R. Civ. P. Supp. Admiralty Rule C(6)(a)(i)(A), and must serve their answers within 21 days after the filing of their claims, and that you promptly after execution of this process file the same in this Court with your return thereon.  The Yacht you are commanded to attach is:

Motor Yacht "Casino Royale"
One 2004 Sunseeker 92'
Malta Official No. 16536

Photograph of Yacht:



Hull Number 355C

Issued this 26 day of July, 2024.

                                        Catherine M. Stavlas, Clerk of the Court
                                        U.S. District Court for the District of Maryland

                                        By:      K. Brown
                                                      Deputy Clerk

Attorney for Plaintiff: Todd D. Lochner, and Lochner Law Firm, P.C, 7076 Bembe Beach Road, Suite 201, Mailbox 6, Annapolis, Maryland 21403

NOTE:  Claimant is required to file claim in the Clerk's Office and to answer or except to said complaint within the times above fixed; otherwise the Plaintiff may enter Default and Interlocutory or Final Judgment as may be proper.  This Warrant is issued pursuant to Rule C (3) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.