# PROCESS RECEIPT AND RETURN
**U.S. Department of Justice — United States Marshals Service**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| **PLAINTIFF**: Chesapeake Harbour Marina, Inc. | **COURT CASE NUMBER**: 24CV2162 |
| **DEFENDANT**: M/V "CASINO ROYALE", her engines, tackle, appurtenances, etc. in rem; | **TYPE OF PROCESS**: MARSHAL'S ARREST OF VESSEL |

**SERVE AT**
- NAME: M/V "CASINO ROYALE", ONE 2004 SUNSEEKER 92', MALTA OFFICIAL NO. 16536
- ADDRESS: Baltimore Inner Harbor Marina, 400 Key Hwy, Baltimore, MD 21230

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**

Todd D. Lochner
Lochner Law Firm, P.C.
7076 Bembe Beach Road
Suite 201, Mailbox 6
Annapolis, MD 21043

- Number of process to be served with this Form 285: 1
- Number of parties to be served in this case: 1
- Check for service on U.S.A.: —

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

SEE ATTACHED LETTER TO MARSHAL FOR FURTHER INSTRUCTIONS AND CONTACT INFORMATION

USDC- BALTIMORE
'24 JUL 31 AM 10:51

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 410-562-0629
DATE: 7/5/24

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. 37 | No. 37 | Barbara [signature] | 7/29/24 |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):
Date: 7/29/24   Time: 1:10 pm
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

**REMARKS**: 1 car 1 DUSM 1 hour 2 miles

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

HD
Rcv'd by: [signature]

Form USM-285
Rev. 12/80

UNCLASSIFIED // LES

**U.S. Department of Justice**
United States Marshals Service

**Seized Property and Evidence Control**

INSTRUCTIONS: Use Form USM-102 to record the transfer of seized property from one agency or individual to another. Maintain completed forms in the property file.

**1. DISTRICT:**
District of Maryland

**2. RECEIVED FROM (NAME AND ADDRESS):**
BALTIMORE INNER HARBOR MARINA 400 KEY HIGHWAY BALTIMORE MD 21230

**3. CASE NO.:**
24CV2162

**4. CASE TITLE:**
CHESEPEAKE HARBOR MARINA V MV. CASINO ROYAL

**5. SUBJECT (NAME AND ADDRESS):**
BALTIMORE INNER HARBOR MARINA 400 KEY HIGHWAY BALTIMORE MD 21230

| 6. ITEM NO. | 7. QUANTITY | 8. DESCRIPTION OF ARTICLE (Include model, serial no., identifying marks, condition, value, etc.) | 9. STORAGE LOCATION |
|---|---|---|---|
| 1 | 1 | MV CASION ROYAL ONE SUNSEEKR 92' | GEORGETOWN YACHT HAVEN |
| | | MALTA OFFICIAL NO. 16536 | |
| | | NOTHING FOLLOWS | |

**ADD ITEM**

Note: Completed forms containing personally identifiable information (PII) must be encrypted and include the appropriate marking (U/LES) in the SUBJECT line of the message prior to dissemination via email.

UNCLASSIFIED // LES

Page 1 of 2

Form USM-102
Rev. 12/17

UNCLASSIFIED // LES

I certify that I have received and hold myself accountable for the articles listed above.

| 10. NAME: DAVID FROST | 11. TITLE: DUMS | 12. AGENCY: UNITED STATES MARSHALS SERVICE |
|---|---|---|
| 13. SIGNATURE: *[signature]* | | 14. DATE: 07/29/24 |

### CHAIN OF CUSTODY

| 15. ITEM NO. | 16. DATE | 17. RELINQUISHED BY | 18. RECEIVED BY | 19. PURPOSE |
|---|---|---|---|---|
| 1 | 1 | NAME & AGENCY: DAVID FROST USMS<br>SIGNATURE: *[signature]* | NAME & AGENCY: TRISTAN PRICE PIER PRESSURE<br>SIGNATURE: *[signature]* | SUBSTITUTE CUSTODIAN |
| | | NAME & AGENCY:<br>SIGNATURE: | NAME & AGENCY:<br>SIGNATURE: | |
| | | NAME & AGENCY:<br>SIGNATURE: | NAME & AGENCY:<br>SIGNATURE: | |
| | | NAME & AGENCY:<br>SIGNATURE: | NAME & AGENCY:<br>SIGNATURE: | |
| | | NAME & AGENCY:<br>SIGNATURE: | NAME & AGENCY:<br>SIGNATURE: | |
| | | NAME & AGENCY:<br>SIGNATURE: | NAME & AGENCY:<br>SIGNATURE: | |
| | | NAME & AGENCY:<br>SIGNATURE: | NAME & AGENCY:<br>SIGNATURE: | |
| | | NAME & AGENCY:<br>SIGNATURE: | NAME & AGENCY:<br>SIGNATURE: | |
| | | NAME & AGENCY:<br>SIGNATURE: | NAME & AGENCY:<br>SIGNATURE: | |
| | | NAME & AGENCY:<br>SIGNATURE: | NAME & AGENCY:<br>SIGNATURE: | |

ADD ITEM

Note: Completed forms containing personally identifiable information (PII) must be encrypted and include the appropriate marking (U/LES) in the SUBJECT line of the message prior to dissemination via email.

UNCLASSIFIED // LES

Form USM-102
Rev. 12/17