# Affidavit of Publication

To: Gregory R. Singer -
7076 Bembe Beach Rd, Suite 201 mailbox 6
Annapolis, MD, 21403

Re: Legal Notice 2640793,

Todd Fielding Britton-Harr v. M/V Casino Royale

By  *[signature]*

Joy Hough
Authorized Designee of the Publisher

We hereby certify that the annexed advertisement was published in Maryland The Daily Record, a Daily newspaper published
in the State of Maryland 1 time(s) on the following date(s):
08/19/2024

---

**NOTICE OF ARREST AND SEIZURE**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
Todd Fielding Britton-Harr
v.
M/V Casino Royale
Case No. 1:24-CV-02162-SAG

On July 29, 2024 the Motor Yacht 'Casino Royale', One 2004 Sunseeker 92', Malta Official No. 16536, was arrested by the United States Marshals Service, District of Maryland, pursuant to a Warrant of Arrest issued by the Clerk of the Court upon the filing of a Verified Complaint in the above action. Any person asserting an ownership interest in the property or a right of possession pursuant to Supplemental Rule C(6) must file a statement of such interest with the Clerk and serve it on the attorney for the plaintiffs within fourteen (14) days after publication. An answer to the complaint must be filed and served within twenty-one (21) days after the filing of the statement of interest, otherwise default may be entered and condemnation ordered. Motions to Intervene under Federal Rule 24 by persons claiming maritime liens or other interests and claims for expenses of administration shall be filed within a time fixed by the Court. United States Marshal: Clinton J. Fuchs, 6115 U.S. Court House, 101 W. Lombard St. Baltimore MD 21201, (410) 962-2220. Substitute Custodian: Pier Pressure, LLC, 130 Admiral Cochrane Dr, Suite 200, Annapolis, MD 21401, (410) 648-5112. Plaintiff's Attorney: Todd D. Lochner, Bar No. 25691, Lochner Law Firm, P.C., 7076 Bembe Beach Road, Suite 201, Mailbox 6, Annapolis, MD 21403. (443) 716-4400.
au19 2640793

# MARYLAND THE DAILY RECORD

A Division of BridgeTower Media
P.O Box 745929
Atlanta, GA 30374-5929

Case 1:24-cv-02162-SAG   Document 10   Filed 08/22/24   Page 2 of 2

| | |
|---|---|
| Invoice # | 745719857 |
| Invoice Date | 08/19/2024 |
| Customer | Lochner Law Firm, Pc, ID: |
| Payment Terms | PrePay |
| Due Date | 08/19/2024 |

**BILLING ADDRESS**

Gregory R. Singer
7076 Bembe Beach Rd Suite 201 mailbox 6
Annapolis MD  21403

**ADVERTISER**

Lochner Law Firm, Pc, ID: 56861
7076 Bembe Beach Rd Suite 201 mailbox 6
Annapolis MD  21403

| INVOICE REF | MEDIA | DATE | PO | EDITION | QTY | AD SIZE |
|---|---|---|---|---|---|---|
| 1007385421 | The Daily Record (BLT) - Public Notice | 08/19/24 | 1:24-CV-02162-SAG | Legal - Government | 1 | Legal - Government |

Thank you for your business!
IOID: 2640793
Index: Government
Category: Other
Affidavit Reference: Todd Fielding Britton-Harr v. M/V Casino Royale

| | |
|---|---|
| Subtotal | $170.68 |
| Tax | $0.00 |
| Credits | $170.68 |
| **BALANCE DUE** | **$0.00** |

---

### REMITTANCE STUB TO BridgeTower Media

| Invoice # | 745719857 The Daily Record (BLT) - Public Notice | Date | 08/19/2024 | Customer ID | ID: 56861, Lochner Law Firm, Pc |
|---|---|---|---|---|---|
| **Amount Enclosed:** | | | | | |

**Acceptable Payment Methods**

| PREFERRED METHOD | OTHER METHODS | | |
|---|---|---|---|
| **To Pay by ACH Transfer:**<br>Bank: Bank of America<br>Send ACH remittance email to ar@bridgetowermedia.com<br>Account Number: 237025443017<br>Routing: 053000196 | **To Pay by Check use the following address:**<br>Please include invoice number on check<br>BridgeTower OpCo, LLC<br>P.O Box 745929<br>Atlanta, GA 30374-5929 | **To Pay by Credit Card:**<br>Use the Click to Pay Online link located on the email you received or Contact Accounts Receivable: 866-802-8214<br>Please have your Invoice Number and Credit Card Number Ready | **To Pay by Wire Transfer:**<br>Name: BridgeTower OpCo, LLC<br>Bank: Bank of America<br>Swift Code: BOFAUS3N<br>Bank Address: 100 North Tryon Street<br>Charlotte, NC 28255<br>Account Number: 237025443017<br>Routing: 053000196 |